THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* NATHANIEL COVINGTON, Appellant.

(Argued April 17, 1933; decided May 23, 1933.)

*Moses A. Sachs, Isidor Schiff, Paul Zizelman* and *William Henkel* for appellant.

*Thomas C. T. Crain,* District Attorney (*Robert C. Taylor* of counsel), for respondent.

 no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and CROUCH, JJ. Not sitting: KELLOGG and HUBBS, JJ.